UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEFENSE OF FREEDOM INSTITUTE
FOR POLICY STUDIES

           **Plaintiff,**

v.                                    Case No: 6:24-cv-00390-JA-RMN

DEPARTMENT OF EDUCATION,

           **Defendant.**
_____

**Notice of Pendency of Other Actions**

In accordance with Local Rule 1.07, I certify that the instant action:

__X__ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
Defense of Freedom Institute v. Department of Education et al. 6:23-cv-1515-PGB-EJK
Defense of Freedom Institute v. Department of Education 6:23-cv-01695-PGB-EJK

____ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: February 27, 2024

                                            **DEFENSE OF FREEDOM INSTITUTE FOR POLICY STUDIES, INC.**

                                            _____
                                            Martha A. Astor
                                            FL Bar No.: 1039011

323 S. Washington Avenue
Suite 9
Titusville, FL  32796
Telephone:  (321) 390-2707
Email: martha.astor@dfipolicy.org


Donald A. Daugherty, Jr.
*pro hac vice*
1455 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC  20004
Telephone:  (414) 559-6902
Email:  don.daugherty@dfipolicy.org

*Counsel for the Defense of Freedom Institute for Policy Studies, Inc.*